Susan Sexton MELTON, Plaintiff— Appellant,

v.

ORANGE COUNTY DEMOCRATIC PARTY; Jan Allen, Chairman of the Orange County Democratic Party; Keith Cook; Alex Zaffron; Richard Franck; Sharon Worthington; S.A.M. Brooks; Roscoe Reeve; Randy Brantley, current board members of the Orange County Democratic Party; All Defendants, Defendants—Appellees,

and

Orange County Board of Elections; Diane Brown, Chairman of the Orange County Board of Elections; Melvin Beasley; June Hass, duly appointed officials of the Orange County Board of Elections, Defendants.

No. 04–1329.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 13, 2004.

Decided Nov. 2, 2004.

Susan Sexton Melton, Appellant pro se. John Gregory McCormick, Eric Wallace Hinson, Jeffrey E. Rosner, Chapel Hill, North Carolina, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Susan Sexton Melton appeals the district court's order awarding summary judgment to Appellees on her claim under the Americans with Disabilities Act, 42 U.S.C. §§ 12101–12213 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Melton v. Orange County Democratic Party,* No. CA–96–517–1 (M.D.N.C. filed Feb. 11, 2004; entered Feb. 12, 2004). We deny Melton's motion to authorize preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*